# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Katrina Wright | **Repayment Agreement and Order** | No: 7:14-CR-00002-001 |

On July 8, 2014, Katrina Wright was sentenced to 96 months imprisonment followed by a 60-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Wright. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on July 8, 2014, I have been ordered to pay a total restitution of $93,866.42 and a special assessment of $100.00.

2. On June 10, 2022, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on May 8, 2017. The current balance of my restitution is $14,315.57.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of January, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____     2/2/23
Katrina Wright                                   Date

_____     2/13/2023
Clayton B. Hester, U.S. Probation Officer     Date

_____     2/13/23
Assistant U.S. Attorney                           Date

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

2/13/2023
Date